**Order entered April 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00458-CR

### LONZELL HUNTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 203rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F-1676537-P

## ORDER

Before the Court are appellant's April 15, 2019 "Motion to Amend Appellant's December 12, 2018 Brief" and "Third Motion to Supplement Reporter's Record." In his motions, appellant requests that this Court accept his amended brief tendered on April 15, 2019, as timely filed and "order the court reporter to supplement the reporter's record with the transcript of the pre-trial hearing in which Judge Teresa Hawthorne, presiding judge of the 203rd Judicial District Court, ruled on most of Appellant's pre-trial motions," which hearing "likely took place on January 29, 2018 or January 31, 2018."

We **GRANT** appellant's motions and order the following relief.

We **ORDER** the amended brief tendered by appellant on April 15, 2019, timely filed as of the date of this order.

We **ORDER** the court reporter to file, **WITHIN FIFTEEN (15) DAYS OF THE DATE OF THIS ORDER**, a supplemental reporter's record of the pre-trial hearing on approximately January 29, 2018, or January 31, 2018, in which Judge Teresa Hawthorne ruled on pre-trial motions of appellant.

The Clerk of the Court is **DIRECTED** to send a copy of this order to Lisabeth Kellett, official court reporter, 203rd Judicial District Court; to Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/    LANA MYERS
       PRESIDING JUSTICE